

# MANDATE

# The Fourteenth Court of Appeals

NO. 14-13-01105-CV

Isabel Campbell, Appellant
 v.
Amanda Duffy Mabry, Individually and as Independent Executrix of the Estate of Austin R. Duffy, Appellee

Appealed from the Probate Court No. 1 of Harris County. (Tr. Ct. No. 410,842-401). Opinion delivered by Justice Christopher. Chief Justice Frost and Justice Busby also participating (Frost, C.J., dissenting).

**TO THE PROBATE COURT NO. 1 OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on January 22, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment signed November 26, 2013 in favor of appellee Amanda Duffy Mabry, Individually and as Independent Executrix of the Estate of Austin R. Duffy, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee Amanda Duffy Mabry, Individually and as Independent Executrix of the Estate of Austin R. Duffy.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, April 3, 2015.

CHRISTOPHER A. PRINE, Clerk